JS-6 Entered

*[FILED stamp: CLERK, U.S.D.C. SOUTHERN DIVISION, JAN 31 2014, CENTRAL DISTRICT OF CALIFORNIA, BY DEPUTY]*

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-31-14

DEPUTY CLERK

*[ENTERED - SOUTHERN DIVISION stamp: CLERK, U.S. DISTRICT COURT, JAN 31 2014, CENTRAL DISTRICT OF CALIFORNIA, BY DEPUTY]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY A. FLORES,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>G.J. JANDA, Warden,<br><br>　　　　Respondent. | Case No.  CV 12-10709-DMG (RNB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 29, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE